THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:12-CR-00037-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MELCHOR CALDERON, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, Melchor Calderon's Motion to Seal *Defendant's Sentencing Memorandum* is hereby GRANTED.

So ordered. This the 10th day of DECEMBER, 2014.

_____
UNITED STATES DISTRICT JUDGE